IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES DAWSON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-5948 |
| DARBY BOROUGH | : | |

## ORDER

**AND NOW**, this   13th   day of   January  , 2012, upon consideration of Defendant Darby Borough's Motion for Summary Judgment (ECF No. 11), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is granted and judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**